# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DARRYL TAMEZ,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. CIV-22-540-G |
| | ) |
| **ABEL GONZALEZ, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

On June 27, 2022, Plaintiff Darryl Tamez, a state inmate, filed this federal civil rights action. *See* Compl. (Doc. No. 1). In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Suzanne Mitchell.

On November 11, 2023, Judge Mitchell issued a Report and Recommendation (Doc. No. 32), in which she recommended this action be dismissed based upon Plaintiff's failure to comply with the Court's orders. In the Report and Recommendation, Judge Mitchell advised Plaintiff of his right to object to the Report and Recommendation by November 22, 2023. Judge Mitchell also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

As of this date, Plaintiff has not submitted any objection to the Report and Recommendation or sought leave for additional time to do so.[1]

---

[1] The Court's mailings to Plaintiff at his last known address have been returned as undeliverable. It is Plaintiff's responsibility to keep the Court apprised of his current contact information. *See* LCvR 5.4.

CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 32) is ADOPTED in its entirety. This action is DISMISSED without prejudice. A separate judgment shall be entered.

IT IS SO ORDERED this 27th day of March, 2024.

_____
CHARLES B. GOODWIN
United States District Judge